NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BFG TECHNOLOGIES, INC., BIOSTAR MICROTECH (U.S.A.) CORP., BIOSTAR MICROTECH INTERNATIONAL CORP., DIABLOTEK INC., EVGA CORP., G.B.T. INC., GIGA-BYTE TECHNOLOGY CO., LTD., HEWLETT-PACKARD COMPANY, MSI COMPUTER CORP., MICRO-STAR INTERNATIONAL COMPANY, LTD., GRACOM TECHNOLOGIES LLC (FORMERLY KNOWN**

AS PALIT MULTIMEDIA INC.), PALIT MICROSYSTEMS LTD., PINE TECHNOLOGY (MACAO COMMERCIAL OFFSHORE) LTD., AND SPARKLE COMPUTER COMPANY, LTD.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

RAMBUS, INC.,
*Intervenor,*

AND

NVIDIA CORPORATION,
*Intervenor.*

_____

2010-1556

_____

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

_____

NVIDIA CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

RAMBUS, INC.,
*Intervenor.*

_____

RAMBUS v. ITC

2010-1557

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**ON MOTION**

---

**O R D E R**

NVIDIA Corporation, Asustek Computer Inc., et al., and Rambus Inc. move for a 21-day extension of time, until June 16, 2011, to file their reply briefs in the respective appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions.

FOR THE COURT

**MAY 1 9 2011**                        /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk **FILED**
                                  **U.S. COURT OF APPEALS FOR**
cc:  Sidney A. Rosenzweig, Esq.        **THE FEDERAL CIRCUIT**
     I. Neel Chatterjee, Esq.
     J. Michael Jakes, Esq.            **MAY 1 9 2011**
     Ruffin B. Cordell, Esq.
s21                                       **JAN HORBALY**
                                             **CLERK**